AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas  ▾

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br> *Plaintiff(s)* <br><br> v. <br><br> *City of Dayton, Texas* <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *City of Dayton City Hall 117 Cook Street Dayton, TX 77535*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Tiffany Doyen

Date: **OCT 1 3 2023**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23cv273

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas    ▾

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br> *Plaintiff(s)* <br><br> v. <br><br> *City of Dayton Former Mayor Caroline Wadzeck* <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No. 1:23cv273 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Dayton, Former Mayor Caroline Wadzeck, City Hall, 117 Cook Street, Dayton, Texas 77535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **OCT 1 3 2023**

**Tiffany Doyen**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas    ☑

MARINA NAOMI HERNANDEZ QUIROZ, individually
and as attorney in fact for MADELYN MARINA
QUIROZ,

*Plaintiff(s)*

v.

*City of Dayton former City Manager*
*THEO Melancon*

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dickinson City Manager THEO Melancon
City Hall
@ Farm To Market Road 517
Dickinson, Texas 77539

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    OCT 1 3 2023



*K OF COURT*

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas    ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23cv273 |
| *City of Dayton Deputy City Manager Former Chief of Police Robert Vine* | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *Assistant City Manager Robert Vine 150 1st Street S.E. Paris, Texas 75460*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   **OCT 1 3 2023**

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ,<br><br>*Plaintiff(s)*<br><br>v.<br><br>*City of Dayton former Police Captain John D. Coleman*<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:23cv273 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *Bailiff John D. Coleman c/o Judge Wesley Hinch County Court #2 1923 Sam Houston Street Liberty, Texas 77575*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: **OCT 1 3 2023**

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Eastern District of Texas    ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v.<br>*City of Dayton Former Police*<br>*Lieutenant Terri Hughes* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* *Libert County Constable Precinct 1*
*Constable Terri Hughes*
*2103 Cos Street*
*Liberty, Texas 77575*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **OCT 1 3 2023**

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas ▾

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br>*Plaintiff(s)*<br><br>v.<br><br>*City of Dayton Sergeant Kristen Seibert*<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23cv273 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *City of Dayton Police Sergeant Kristen Seibert City Hall 117 Cook Street Dayton, Texas 77535*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **OCT 1 3 2023**

CLERK OF COURT

*Tiffany Doyen*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas    ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. *City OF Dayton Volunteer Fire Department* | ) ) ) Civil Action No. 1:23cv273 ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *City OF Dayton Volunteer Fire Department City Hall 117 Cook Street Dayton, Texas 77535*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Tiffany Doyen

Date:    OCT 1 3 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br> _Plaintiff(s)_ <br> v. <br> *City of Dayton Volunteer Former Fire Chief Murphy Green* <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *City of Dayton Volunteer Fire Department Former Fire Chief Murphy Green City Hall 117 Cook Street Dayton, Texas 77535*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Tiffany Doyen

Date: **OCT 13 2023**

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas    ▼

MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ,

*Plaintiff(s)*

v.

*Liberty County District Attorney Jennifer Bergman Harkness*

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *Liberty County District Attorney Jennifer Bergman Harkness 1923 Sam Houston Street Liberty, Texas 77575*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    OCT 1 3 2023

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Texas    ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:23cv273 |
| *Liberty County Attorney Matthew Poston* | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *Liberty County Attorney Matthew Poston*
*1923 Sam Houston Street*
*Liberty, Texas 77575*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**OCT 1 3 2023**

Date: _____

*RK OF COURT*

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Texas  ▾

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> *LiBerTy CouNTy ASSistaNT ATTorNey MATTHEW Saldana* <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  *LiBerty CouNTy ASSistaNT ATTorNey MATTHEW Saldana 1923 SAM HousTon STreeT LiBerty, TexAs 77575*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**OCT 1 3 2023**

Date:



Tiffany Doyen

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| *City of Liberty, Texas* | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *City of Liberty, Texas Fire Department Emergency Medical Service. 1912 Lakeland, Liberty, Texas 77575*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*~~CLE~~RK OF COURT*

Date:   **OCT 1 3 2023**

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas    ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br>*Plaintiff(s)* <br><br> v. <br><br> *City of Liberty Fire Department Emergency Medical Service Paramedic Katelyn Grimes* <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:23cv273 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Liberty Fire Dept EMS Paramedic Katelyn Grimes 1912 Lakeland, Liberty, Texas 77575

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **OCT 1 3 2023**

**Tiffany Doyen**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas    ▾

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ,<br><br>*Plaintiff(s)*<br><br>v.<br><br>*Allegiance Mobile Health Emergency Medical Service*<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *Allegiance Mobile Health Emergency Medical Service 201 East 4th Street Livingston, Texas 77351*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:    **OCT 1 3 2023**

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas  ▾

|  |  |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. *Allegiance Mobile Health Emergency Medical Service Paramedic Steve Smith* | ) ) ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* *Allegiance Mobile Health EMS Paramedic Steve Smith 201 East 4th Street Livingston, Texas 77351*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: **OCT 1 3 2023**

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Texas  ▾

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br> *Plaintiff(s)* <br><br> v. <br> *Ranji Law Group* <br> *Adam Ranji* <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:23cv273 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *Ranji Law Group*
*Adam Ranji*
*9186 Katy Freeway*
*Houston, Texas 77055*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **OCT 1 3 2023**

Tiffany Doyen

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas  ▾

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JA NEY Bice Aka Jaime / James JANEY Wayne Bice <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23cv273 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JANEY Wayne Bice Aka Jaime +/or James Bice c/o Union Pacific Railroad 1400 Douglass Street, Omaha, NE 68179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Tiffany Doyen

Date: OCT 1 3 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Texas     ☑

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br> *Plaintiff(s)* <br><br> v. <br><br> *STEPHANIE LEE Blum Brice* <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23cv273 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    *Stephanie Lee Blum Brice*
*10042 Stone Brier Drive*
*Baytown, Texas 77521*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Tiffany Doyen

Date: **OCT 1 3 2023**



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas　▾

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) ) |
| *Morgan Skye White* | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　*Morgan Skye White 10042 Stone Beige Drive Baytown, Texas 77521*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **OCT 1 3 2023**

**Tiffany Doyen**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas    ▼

<table>
<tr><td>MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ,<br><br><br><i>Plaintiff(s)</i><br><br>v.<br><br><i>Eduardo Hernandez</i><br><br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:23cv273</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    *Eduardo Hernandez*
*543 County Road*
*Dayton, Texas 77535*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **OCT 13 2023**

**Tiffany Doyen**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas     ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, <br><br> *Plaintiff(s)* <br><br> v. <br><br> *Nissan North America aka Nissan Motor Corporation* <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:23cv273

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   *Nissan North America*
*Nissan Motor Corporation.*
*1 Nissan Way*
*Franklin, TN 37067*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: ___ OCT 13 2023 ___

**Tiffany Doyen**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Texas    ▼

| | |
|---|---|
| MARINA NAOMI HERNANDEZ QUIROZ, individually and as attorney in fact for MADELYN MARINA QUIROZ, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:23cv273 |
| *Union Pacific RailRoad* | ) ) ) ) |
| *Defendant(s)* | ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    *Union Pacific RailRoad 1400 Douglas Street Omaha, NE 68179*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

**Tiffany Doyen**

Date: OCT 1 3 2023

*Signature of Clerk or Deputy Clerk*