IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **MARINA NAOMI HERNANDEZ QUIROZ**, individually and as attorney in fact for **MADELYN MARINA QUIROZ**, *Plaintiffs,* | § § § § § § | Civil Action No. 1:23-cv-00273-MAC-ZJH  Jury Demanded |
| VS. | § § § | |
| **CITY OF DAYTON, et al.,** *Defendants.* | § § § | |

## PLAINTIFF'S REQUEST FOR MOTION FOR DEFAULT JUDGMENT

TO THE CLERK OF THE COURT:

Plaintiff Marina Naomi Hernandez Quiroz, individually and as attorney in fact for Madelyn Marina Quiroz asks the Court to render a default judgment against the defendant, Eduardo Hernandez, and would show the court the following:

### A. INTRODUCTION

1. Plaintiff is Naomi Hernandez Quiroz, individually and as attorney in fact for Madelyn Marina Quiroz; the Defendants are City of Dayton, Texas, City of Dayton Former Mayor Caroline Wadzeck, City of Dayton Former City Manager Theo Melancon, City of Dayton Deputy Former City Manager/Former Dayton Police Chief Robert Vine, City of Dayton Former Police Captain John D. Coleman, City of Dayton Former Police Criminal Investigation Division Lieutenant Terri Hughes, City of Dayton Police Sergeant Kristen Seibert, City of Dayton Volunteer Fire Department, City of Dayton Volunteer Fire Department Former Chief Murphy Green, Liberty County District Attorney Jennifer Bergman Harkness, Liberty County Attorney Matthew Poston, Liberty County Assistant Attorney/Prosecutor Matthew Saldana and the City

    of Liberty Fire Department Emergency Medical Service, the City of Liberty Fire Department Emergency Medical Service Paramedic Katelyn Grimes, Allegiance Mobile Health Emergency Medical Service, and Allegiance Mobile Health Medical Service Paramedic Steve Smith, and Ramji Law Group a.k.a. Adam Ramji acting under color of law, Jamey Wayne Bice a.k.a. Jamie/James & Jamey Bice, Stephanie Lee Blum Bice, Morgan Skye White, Eduardo Hernandez, and Union Pacific Railroad Company (collectively, "Defendants")..

2. On July 17, 2023, Plaintiff Naomi Hernandez Quiroz, individually and as attorney in fact for Madelyn Marina Quiroz filed the Original Complaint against Defendants in the Eastern District Court of Texas ("Federal Court Action).
3. Defendant Eduardo Hernandez failed to file his Answer.
4. Defendant Eduardo Hernandez was served with a live complaint through certified mail with tracking number 9589071052700897446889 on October 16, 2023.
5. Plaintiffs now ask the Court to enter a default judgment.

## B. ARGUMENT

6. A court may render a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit. *See* Fed. R. Civ. P. 55(a), (b)(2); *United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163-64 (1st Cir. 2004).
7. This Court should render a default judgment against the defendant because the defendant did not file a responsive pleading within 21 days after service, Defendant Eduardo Hernandez was served on October 16, 2023.
8. Defendant Eduardo Hernandez is not a minor or incompetent person. Fed. R. Civ. P. 55(b)(2). Defendant Eduardo Hernandez is an individual and not in military service. See 50 U.S.C. §3931(b)(1).
9. A declaration of the defendant's military status is attached as Exhibit A.
10. Plaintiff seeks unliquidated damages to be established by the testimony or affidavit based on jointly and severally liable for medical bills, mental anguish,physical impairment, disfiguration, pain, and suffering.

11. Plaintiffs seek attorney fees in the amount of $350 per hour, for the duties detailed in Exhibit C.
12. Plaintiff meets the procedural requirements for obtaining entry of default from the clerk, as demonstrated by U.A. Lewis's unsworn declaration, attached as Exhibit D, and has personal knowledge of the statements made in this request.
13. Because Defendant Eduardo Hernandez did not timely file responsive pleadings or otherwise defend the suit, they are not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986); see Fed. R. Civ. P. 55(a).

### C. CONCLUSION

14. Eduardo Hernandez has failed to defend this lawsuit. It has not filed an answer within 21 days as the Fed. Rule Civ Pro 12(a)(1)(A) requires Hays County failed to answer by admitting or denying the allegations against them in the complaint to support a 12(c) Motion for Judgment on the pleadings, so for these reasons, plaintiffs ask to enter the default judgment.

Respectfully submitted,
THE LEWIS LAW GROUP
 /s/  UA Lewis
U.A. LEWIS
SBN: 4076511
P.O. BOX 27353
HOUSTON, TX 77227
PHONE: (713) 570-6555
FAX: (713) 581-1017
MyAttorneyAtLaw@gmail.com
ATTORNEY FOR THE PLAINTIFF

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2024 a copy of the foregoing was served upon all counsel of record by the Court's electronic filing system.

*/s/  UA Lewis*
*UA Lewis*