| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

MADELYN MARINA QUIROZ; §
MARINA NAOMI HERNANDEZ §
QUIROZ, §
§
       Plaintiffs, § NO. 1:23-cv-00273-MAC-ZJH
§
v. §
§
EDUARDO HERNANDEZ; CITY OF §
DAYTON; THEO MELANCON, CITY §
MANAGER; FNU DICKENSON, CITY §
MANAGER; ROBERT VINE, CHIEF; §
JOHN D. COLEMAN, DAYTON POLICE §
CAPTAIN; TERRI HUGHES, CID LT.; §
CAROLINE WEDZECK; KRISTEN §
SEIBERT; CITY OF DAYTON FIRE §
DEPARTMENT; MURPHY GREEN; §
JENNIFER BERGMAN HARKNESS, §
LIBERTY COUNTY DISTRICT §
ATTORNEY; MATTHEW POSTON, §
LIBERTY COUNTY ATTORNEY; §
MATTHEW SALDANA; CITY OF §
LIBERTY TEXAS; KATELYN GRIMES; §
ALLEGIANCE MOBILE HEALTH §
MEDICAL SERVICE; STEVE SMITH; §
RAMJI LAW GROUP; JAMEY WAYNE §
BICE; STEPHANIE LEE BLUM BICE; §
MORGAN SKYE WHITE; UNION §
PACIFIC RAILROAD COMPANY; §
ADAM RAMJI, §
§
       Defendant. §

## **FINAL JUDGMENT**

       The Court has adopted the Magistrate Judge's report recommending that the Court dismiss this case. Accordingly, it is ORDERED that Plaintiffs' claims against Liberty County

District Attorney Jennifer Bergman Harkness, Liberty County Attorney Matthew Poston, Liberty County Assistant Attorney Matthew Saldana, Allegiance Mobile Health Medical Service, Steve Smith, City of Liberty, Katelyn Grimes, City of Dayton, the City of Dayton Fire Department, Caroline Wadzeck, Theo Melancon, Robert Vine, John D. Coleman, Terri Hughes, Kristen Seibert, Murphy Green, Ramji Law Group, Adam Ramji, Jamey Wayne Bice, Stephanie Lee Blum Bice, Morgan White, and the Union Pacific Railroad Company are DISMISSED WITH PREJUDICE.  Plaintiffs' claims against Defendant Eduardo Hernandez are DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

SIGNED at Beaumont, Texas, this 12th day of September, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE